

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.   No. 4:03CR00303 JMM

MICHAEL TODD WILLIAMS,
    a/k/a Michael Williams,
BILLIE J. WILLIFORD,
    a/k/a Billie G. Williford

FINAL ORDER OF FORFEITURE

WHEREAS, on September 26, 2005, this Court entered a Preliminary Order of Forfeiture, ordering defendants to forfeit:

REAL PROPERTY

    a.    All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements located at 23 North Valley Drive, Jacksonville, Arkansas, more particularly described as Lot 18, Green Valley Subdivision, Pulaski County, Arkansas. Joan Williams has waived claim to forfeiture.

CONVEYANCES

    a.    One black 1994 GMC Sierra pick-up truck, VIN 1GTDC14Z1RZ556690;

    b.    One black 2003 Hummer H-2, VIN 5GRGN23UX3H109287;

    c.    One white 1998 Lexus GS300, VIN JT8BD68S2W0013250;

SAFE DEPOSIT BOXES:

1. All those items discovered and seized on or about April 16, 2003, from Safe Deposit Box #325 located at the Arkansas Federal Credit Union, Jacksonville, Arkansas, rented by **JOAN WILLIAMS, a/k/a JoAn WILLIAMS**, which includes $91,600.00 United States currency;

2. All those items discovered and seized on or about April 16, 2003, from Safe Deposit Box #117 located at the Arkansas Federal Credit Union, Jacksonville, Arkansas, rented by **Billie J. Williford, a/k/a Billie G. Williford**, which included $14,560.00 in United States currency, of which $700.00 in United States Currency was official government funds used to purchase marijuana (buy money) which should be returned to the Agency providing the $700.00.

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendants MICHAEL TODD WILLIAMS, a/k/a Michael Williams, BILLIE J. WILLIFORD, a/k/a Billie G. Williford had an interest in the property that is subject to forfeiture pursuant to Title 21 U. S. C. Section 853;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the assets described as:

REAL PROPERTY

    a.    All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements located at 23 North Valley Drive, Jacksonville, Arkansas, more particularly described as Lot 18, Green Valley Subdivision, Pulaski County, Arkansas. Joan Williams waived claim to the forfeiture on this real property.

CONVEYANCES

    a.    One black 1994 GMC Sierra pick-up truck, VIN 1GTDC14Z1RZ556690;

    b.    One black 2003 Hummer H-2, VIN 5GRGN23UX3H109287;

    c.    One white 1998 Lexus GS300, VIN JT8BD68S2W0013250;

                SAFE DEPOSIT BOXES:

    c.    All those items discovered and seized on or about April 16, 2003, from Safe Deposit Box #325 located at the Arkansas Federal Credit Union, Jacksonville, Arkansas, rented by **JOAN WILLIAMS, a/k/a JoAn WILLIAMS**, which

    includes $91,600.00 United States currency;

d. All those items discovered and seized on or about April 16, 2003, from Safe Deposit Box #117 located at the Arkansas Federal Credit Union, Jacksonville, Arkansas, rented by **Billie J. Williford, a/k/a Billie G. Williford**, which included $14,560.00 in United States currency, of which $700.00 in United States Currency was official government funds used to purchase marijuana (buy money) which should be returned to the Agency providing the $700.00.

are hereby forfeited to the United States of America pursuant to Title 21, United States Code, § 853(n)(7).

 IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

 SO ORDERED this \_\_\_5\_\_\_ day of December, 2005.

         *Jane M Moody*
         UNITED STATES DISTRICT JUDGE